**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MELISSA E. SHAW,** | ) | **CASE NO. 1:19CV1389** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| **ANDREW SAUL, Commissioner of** | ) | **ORDER** |
| **Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

On June 17, 2019, Defendant filed a notice of removal in this Court of Plaintiff's Complaint filed in the Cleveland Municipal Court. (Doc. 1). The Court referred this matter to Magistrate Judge George J. Limbert pursuant to Local Rule 72.2. On November 22, 2019, the Magistrate Judge recommended the Court grant Defendant's Motion to Dismiss under Rule 12(b)(6) and dismiss Plaintiff's Complaint in its entirety without prejudice. (Doc. 9). Plaintiff has not filed an objection.

Federal Rule of Civil Procedure 72 provides that objections to a report and recommendation must be filed within fourteen days after service. FED. R. CIV. P. 72(b). Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is

satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, Magistrate Judge Limbert's Report and Recommendation is **ADOPTED**, Defendant's Motion to Dismiss (Doc. 4) is **GRANTED** and Plaintiff's Complaint is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

 s/ Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**

**Dated: December 20, 2019**